# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 20, 2024

**By ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Cesar Coello Dominguez**
       **24 Cr. 100 (KPF)**

Dear Judge Failla,

I write to respectfully request that the Court adjourn the next status conference in the above-captioned case, currently scheduled for June 26, 2024, to the first week of August or a date thereafter that works for the Court.

Undersigned counsel is still in the process of reviewing discovery with Mr. Coello, as well as continuing to discuss a possible disposition of the case with the government. The requested adjournment will enable us to make additional progress on both of those tasks. I also make this request because my summer schedule changed and I have plans to be out of the office next week.

The government, by Assistant United States Attorney Georgia Kostopoulos, consents to this request.

Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Coello Dominguez
212-417-8729