| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| *Tamara Giwa*<br>*Executive Director* | Southern District<br>*Jennifer L. Brown*<br>*Attorney-in-Charge* |

September 25, 2024

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Cesar Coello Dominguez</u>
              24 Cr. 100 (KPF)

Dear Judge Failla,

    I write to respectfully request that the Court adjourn the next status conference in the above-captioned case, currently scheduled for October 2, 2024, to the week of October 21.

    Undersigned counsel is going be out of town during the scheduled conference, and we are waiting for a Pimentel letter from the government. I would like to have an opportunity to review the letter with Mr. Coello when I get back and then inform the Court about how we wish to proceed.

    The government, by Assistant United States Attorney Georgia Kostopoulos, consents to this request.

    Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Coello Dominguez
212-417-8729